IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GP INDUSTRIES, L.L.C., a Nebraska limited liability company;<br><br>              Plaintiff,<br><br>    v.<br><br>US ALUMINUM, INC., a Wisconsin corporation;<br><br>              Defendant. | **8:17CV272**<br><br>**ORDER** |

This matter is before the court on its own motion. Plaintiff GP Industries, Inc. filed a motion for a preliminary injunction, Filing No. 2, contemporaneously with its complaint, Filing No. 1. There is no indication on the docket that the plaintiff has effected service on the defendant. At any rate, no answer or responsive pleading has been filed. The court is advised that plaintiff's counsel will contact the court to schedule a hearing on the motion. For docket control purposes, the court will deny the motion as premature at present, without prejudice to reassertion and refiling.[1] The court will schedule a hearing at that time. Accordingly,

IT IS ORDERED that the plaintiff's motion for a preliminary injunction is denied as premature, without prejudice to reassertion and refiling.

Dated this 27th day of September, 2017.

                                                BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                Senior United States District Judge

---

[1] The plaintiff need not refile its brief and evidence, but may incorporate them by reference to CM/ECF filing numbers.